### LEGG cont$^a$ ORRIS

Samuel Legg plaint. cont$^a$ Experience Orris Defend$^t$ in an action of the case for not paying the Summe of three pounds eleven Shillings four pence money due upon the ball$^a$ of Acco$^t$ as shall appeare by bill under the hand of s$^d$ Orris dat$^d$ 15º Ianuar$^o$ 1678. w$^{th}$ damages:

. . . The Jury . . . found for the plaint. three pounds eleven Shillings four pence money and costs of Court allow$^d$ two and twenty Shillings six pence.

Execution issued 11$^o$ Aug$^o$ 1679.